1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA    94903
   Telephone:     415/674-8600
4  Facsimile:     415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES, an individual;
6

7                  UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10
   CRAIG YATES, an individual;            )      **CASE NO. CV-10-3587-JCS**
11                                         )
          Plaintiff,                       )
12                                         )
                                           )      **STIPULATION OF DISMISSAL AND**
13 v.                                      )      **[~~PROPOSED~~] ORDER THEREON**
                                           )
14 IRMA'S PAMPANGA RESTAURANT,             )
   a.k.a. ROBERT A. IMHOFF,                )
15                                         )
          Defendant.                       )
16 _____ )

17

18        The parties, by and through their respective counsel, stipulate to dismissal of this action in

19 its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

20 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

21 costs and attorneys' fees.  The parties further consent to and request that the Court retain

22 jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S.

23 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement

24 agreements).

25        Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

26 their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

27 pursuant to Federal Rules of Civil Procedure section 41(a)(1).

28

   STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON     **CV-10-3587-JCS**

1     This stipulation may be executed in counterparts, all of which together shall constitute one

2 original document.

3

4 Dated: May 16, 2011            THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*

5

6

7                                By:       */S/ Thomas E. Frankovich*

8                                        Thomas E. Frankovich
                               Attorney for CRAIG YATES, an individual

9

10

11 Dated:          , 2011            **Law Offices of Cindy Lee**

12

13

14                                By

15                                        Cindy Lee
                               Attorney for IRMA'S PAMPANGA

16                                RESTAURANT, a.k.a. ROBERT A. IMHOFF

17

18                                   **ORDER**

19     IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

20 Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the

21 purpose of enforcing the parties' Settlement Agreement and General Release should such

22 enforcement be necessary.

23

24 Dated: ___May 20_____, 2011

25

26 Honor_____
                 Judge Joseph C. Spero
UNITED STATE DISTRICT JUDGE

27

28

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON     **CV-10-3587-JCS**

-2-

1    This stipulation may be executed in counterparts, all of which together shall constitute one

2  original document.

3

4  Dated:          , 2011          THOMAS E. FRANKOVICH
                                   *A PROFESSIONAL LAW CORPORATION*
5

6

7                                  By:_____
                                        Thomas E. Frankovich
8                                  Attorney for CRAIG YATES, an individual

9

10

11  Dated:          , 2011          **Law Offices of Cindy Lee**

12

13

14                                  By_____
                                        Cindy Lee
15                                  Attorney for IRMA'S PAMPANGA
16                                  RESTAURANT, a.k.a. ROBERT A. IMHOFF

17

18                                  **ORDER**

19        IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

20  Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the

21  purpose of enforcing the parties' Settlement Agreement and General Release should such

22  enforcement be necessary.

23

24  Dated:  _____, 2011

25

26                                  _____
                                    Honorable Judge Joseph C. Spero
27                                  UNITED STATE DISTRICT JUDGE

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CV-10-3587-JCS
                                                                              -2-